UNITED STATES DISTRICT COURT

DISTRICT OF, NEVADA

| | |
|---|---|
| WILLIAM AIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER COMPANY, an Ohio Corporation, dba RALPHS GROCERY COMPANY, dba FOOD 4 LESS STORE #790; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:08-CV-01729-HDM-RJJ<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that the above-entitled action is dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| **BRADY, VORWERCK, RYDER & CASPINO** | **BENSON, BERTOLDO BAKER & CARTER** |
| _____ Date: 21 March 2011<br>ALEXANDRA B. M<sup>C</sup>LEOD, ESQ.<br>Nevada Bar No. 8185<br>2795 East Desert Inn Road, Suite 200<br>Las Vegas Nevada 89121<br>*Attorneys for Defendant* | _____ Date: 3/17/2011<br>STEVEN M. BAKER, ESQ.<br>Nevada Bar No. 4522<br>7408 W. Sahara Avenue<br>*Las Vegas, Nevada 89117*<br>*Attorneys for Plaintiff* |

1

*William Aiello v. The Kroger Company*
United States District Court Case No. 2:08-CV-01729-HDM-RJJ

## ORDER

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 24th day of March, 2011.

*Howard D McKibben*
_____
UNITED STATES DISTRICT COURT JUDGE

2